AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
MESNGON, JONATHAN D

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00283-AGH

Case No. GM1 E2536410

USM No.

Jessic Lee
Defendant's Attorney

**THE DEFENDANT:** MESNGON, JONATHAN D

☑ **THE DEFENDANT** pleaded guilty to count(s) 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-44 | Passing Stopped School Bus with Stop Sign reduc reduced to Improper Passing OCGA § 40-6-42 | 05/19/2026 | 1 |

☐ Count(s) ______________ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $190.00 | $ 10.00 | $ 150.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 4160

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
FORT BENNING, GA

08/12/2026
Date of Imposition of Judgment

[signature]
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

08/12/2026
Date